IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | |
| ) | 4:01CR148 |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | ORDER |
| ) | |
| DARRELL W. MILLER,   ) | |
| ) | |
| Defendant. | |

IT IS ORDERED that a revocation hearing is set to commence at **12:00 noon on October 25, 2005** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: July 18, 2005

BY THE COURT

s/ David L. Piester
United States Magistrate Judge