IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR148 |
| | ) | |
| v. | ) | |
| | ) | |
| DARRELL W. MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant is released under the same conditions of release previously imposed with the additional condition that he have no contact with Michelle Miller or Scott McGarr.

DATED this 19th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge