## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR148-6 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DARRELL MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that W. Randall Paragas' motion to withdraw as defense counsel (filing 438) is granted.

October 11, 2006.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge