I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
<small>FOR THE</small> D<small>ISTRICT OF</small> N<small>EBRASKA</small>

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>DARRELL MILLER,   )<br>   )<br>   Defendant.   ) | Case No. 4:01CR148 |

### **ORDER**

THIS MATTER comes before the Court on defendant's unopposed motion to continue the November 1, 2006, revocation hearing, filing 440, for approximately 90 days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's revocation hearnig shall be continued until February 8, 2007, at 1:00 p.m. The defendant is ordered to appear at said time.

October 25, 2006.               BY THE COURT:

                    s/ *Richard G. Kopf*
                    United States District Judge