IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:01CR148 |
| ) | |
| DARRELL MILLER, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

THIS MATTER comes before the Court on defendant's unopposed motion to continue the February 8, 2007, revocation hearing, filing 442, for approximately 90 days. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's revocation hearing shall be continued until the 8th day of May, 2007, at 1:00 p.m. The defendant is ordered to appear at said time.

January 24, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge